Certificate Number: 17572-PAE-DE-037176946

Bankruptcy Case Number: 19-14832



17572-PAE-DE-037176946

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2023, at 6:40 o'clock AM PST, Dawn Zimmerle completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 12, 2023

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor