Certificate Number: 17572-PAE-DE-037176947

Bankruptcy Case Number: 19-14832



17572-PAE-DE-037176947

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2023, at 6:40 o'clock AM PST, William Zimmerle completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 12, 2023               By:   /s/Leigh-Anna M Thompson

                                       Name: Leigh-Anna M Thompson

                                       Title: Counselor