United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14832-mdc |
| William E Zimmerle | Chapter 13 |
| Dawn M Zimmerle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 15, 2024 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Zimmerle, Dawn M Zimmerle, 10 Firebush Road, Levittown, PA 19056-1814 |
| 14366629 | + | Pa. Department of Revenue, PO Box 280501, Harrisburg, PA 17128-0501 |
| 14366978 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 16 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14391232 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 16 2024 00:32:00 | Bureaus Investment Group Portfolio No 15 LLC, P O Box 788, Kirkland, WA 98083-0788 |
| 14368836 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 16 2024 00:32:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston R.I. 02919 |
| 14366632 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 16 2024 00:32:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14402782 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 16 2024 00:32:00 | CSMC 2018-SP3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14393917 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2024 00:45:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14366615 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2024 00:32:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14374041 | + | Email/Text: bankruptcy@cavps.com | Mar 16 2024 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14366617 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 16 2024 00:32:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14399187 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:45:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14366618 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:45:06 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14366619 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2024 00:32:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14366620 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2024 00:32:00 | Comenity Capital/Zales, Attn: Bankrutpcy Dept, Po Box 18215, Columbus, OH 43218 |

Case 19-14832-mdc    Doc 58    Filed 03/17/24    Entered 03/18/24 00:30:58    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14366622 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 16 2024 00:32:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14366621 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 16 2024 00:45:16 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14398923 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 16 2024 00:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14366623 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Mar 16 2024 00:32:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14368919 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Mar 16 2024 00:32:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14402784 | ^ | MEBN | | |
| | | | Mar 16 2024 00:30:24 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 14366624 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | | Mar 16 2024 00:31:00 | Hsbc Bank, Hsbc Card Srvs/Attn: Bankruptcy, Po Box2013, Buffalo, NY 14240-2013 |
| 14366625 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Mar 16 2024 00:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14402012 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Mar 16 2024 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14366616 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Mar 16 2024 00:34:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14380249 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Mar 16 2024 00:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14366626 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 16 2024 00:32:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14385246 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 16 2024 00:45:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14366627 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 16 2024 00:45:05 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14366628 | + | Email/Text: bnc@nordstrom.com | | |
| | | | Mar 16 2024 00:32:27 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14366630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 16 2024 00:45:16 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14399689 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 16 2024 00:45:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14375709 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Mar 16 2024 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14366631 | + | Email/Text: collections1@primewayfcu.com | | |
| | | | Mar 16 2024 00:32:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 14398560 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 16 2024 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14366633 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Mar 16 2024 00:32:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14366634 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 16 2024 00:45:07 | Shell Card/Citi, Attn: Bankruptcy, Po Box 6406, Sioux Falls, SD 57117-6406 |
| 14366635 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 16 2024 00:34:27 | Syncb/Ebates, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14366636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 16 2024 00:34:56 | Syncb/litt, Po Box 965036, Orlando, FL |

Case 19-14832-mdc   Doc 58   Filed 03/17/24   Entered 03/18/24 00:30:58   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 138OBJ | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5036 |
| 14366637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:45:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14366638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:34:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14366639 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 16 2024 00:32:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14474726 | ^ | MEBN | Mar 16 2024 00:30:21 | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14381481 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 16 2024 00:32:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14366640 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 16 2024 00:34:27 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14394450 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 16 2024 00:45:24 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14381537 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2024                    Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 138OBJ | Total Noticed: 47 |

|   |   |
|---|---|
|   | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| KARINA VELTER |   |
|   | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST |   |
|   | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN |   |
|   | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MICHAEL P. KELLY |   |
|   | on behalf of Joint Debtor Dawn M Zimmerle mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY |   |
|   | on behalf of Debtor William E Zimmerle mpkpc@aol.com r47593@notify.bestcase.com |
| SARAH K. MCCAFFERY |   |
|   | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| STEPHEN M HLADIK |   |
|   | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee |   |
|   | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William E Zimmerle and Dawn M Zimmerle

        Debtor(s)

Case No: 19−14832−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/15/24

                                                                                              57 − 52
                                                                         Form 138OBJ