United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-14832-mdc
William E Zimmerle  Chapter 13
Dawn M Zimmerle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 15, 2024     Form ID: 234     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + William E Zimmerle, Dawn M Zimmerle, 10 Firebush Road, Levittown, PA 19056-1814

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

**Name**     **Email Address**

ANTONIO G. BONANNI
    on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
    on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

KARINA VELTER
    on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: 234 | Total Noticed: 1 |

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MICHAEL P. KELLY
on behalf of Joint Debtor Dawn M Zimmerle mpkpc@aol.com r47593@notify.bestcase.com

MICHAEL P. KELLY
on behalf of Debtor William E Zimmerle mpkpc@aol.com r47593@notify.bestcase.com

SARAH K. MCCAFFERY
on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

STEPHEN M HLADIK
on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William E Zimmerle and Dawn M
Zimmerle

       Debtor(s)                          Case No:19−14832−mdc

                                             Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 3/15/24

52
Form 234