United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14832-amc |
| William E Zimmerle | Chapter 13 |
| Dawn M Zimmerle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 01, 2024 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Zimmerle, Dawn M Zimmerle, 10 Firebush Road, Levittown, PA 19056-1814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2024 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14391232 | | EDI: Q3GTBI | Apr 02 2024 05:37:00 | Bureaus Investment Group Portfolio No 15 LLC, P O Box 788, Kirkland, WA 98083-0788 |
| 14368836 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 02 2024 03:14:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston R.I. 02919 |
| 14402782 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 02 2024 03:14:00 | CSMC 2018-SP3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14393917 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 02:55:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14374041 | + | Email/Text: bankruptcy@cavps.com | Apr 02 2024 03:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14366617 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 02 2024 03:14:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14399187 | | EDI: CITICORP | Apr 02 2024 05:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14398923 | | EDI: Q3G.COM | Apr 02 2024 05:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14368919 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 02 2024 03:14:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14402784 | ^ | MEBN | Apr 02 2024 01:32:51 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 14366625 | + | EDI: IRS.COM | Apr 02 2024 05:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14402012 | | EDI: JEFFERSONCAP.COM | Apr 02 2024 05:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14380249 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 02 2024 03:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

Case 19-14832-amc   Doc 62   Filed 04/03/24   Entered 04/04/24 00:38:21   Desc Imaged
                    Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 14385246 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2024 02:22:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14399689 | | EDI: PRA.COM | Apr 02 2024 05:37:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14375709 | | EDI: PENNDEPTREV | Apr 02 2024 05:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14375709 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2024 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14398560 | | EDI: Q3G.COM | Apr 02 2024 05:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14381481 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 02 2024 03:14:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14394450 | | EDI: WFFC2 | Apr 02 2024 05:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14381537 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

**Name**          **Email Address**

ANTONIO G. BONANNI
        on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

BRADLEY JOSEPH OSBORNE
        on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
        on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. dboyle-ebersole@hoflawgroup.com,

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2024 | Form ID: 3180W | Total Noticed: 21 |

PABKAttorneyecf@orlans.com

DENISE ELIZABETH CARLON
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KARINA VELTER
on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL P. KELLY
on behalf of Joint Debtor Dawn M Zimmerle mpkpc@aol.com r47593@notify.bestcase.com

MICHAEL P. KELLY
on behalf of Debtor William E Zimmerle mpkpc@aol.com r47593@notify.bestcase.com

SARAH K. MCCAFFERY
on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

STEPHEN M HLADIK
on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing Inc. shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William E Zimmerle<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6482<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dawn M Zimmerle<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3409<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   19–14832–amc | | |

## Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William E Zimmerle                                         Dawn M Zimmerle

<u>4/1/24</u>                                                              **By the court:** <u>Ashely M. Chan</u>
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**