United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-14832-amc |
|---|---|
| William E Zimmerle | Chapter 13 |
| Dawn M Zimmerle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Zimmerle, Dawn M Zimmerle, 10 Firebush Road, Levittown, PA 19056-1814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| KARINA VELTER | on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. karina.velter@powerskirn.com, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 09, 2024 | Form ID: 195 | Total Noticed: 1 |

        bankruptcy@powerskirn.com

KENNETH E. WEST

        ecfemails@ph13trustee.com    philaecf@gmail.com

MICHAEL P. KELLY

        on behalf of Joint Debtor Dawn M Zimmerle mpkpc@aol.com    r47593@notify.bestcase.com

MICHAEL P. KELLY

        on behalf of Debtor William E Zimmerle mpkpc@aol.com    r47593@notify.bestcase.com

MICHELLE L. MCGOWAN

        on behalf of Creditor CSMC 2018-SP3 Trust mimcgowan@raslg.com

SARAH K. MCCAFFERY

        on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

STEPHEN M HLADIK

        on behalf of Creditor CSMC 2018-SP3 Trust c/o Select Portfolio Servicing  Inc. shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 13

William E Zimmerle and Dawn M Zimmerle          : Case No. 19−14832−amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , July 9, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

66
Form 195